UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| DAVE BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 21-132-WOB |
| | ) | |
| v. | ) | |
| | ) | |
| KENTON CO. FISCAL COURT, et al, | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Order of Dismissal entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Dave Burke's Complaint [R. 1-1] is **DISMISSED** without prejudice.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Entered: January 3rd, 2022.



Signed By:

*William O. Bertelsman* WOB

United States District Judge

1